# Exhibit 1

(State Court Documents)

ELECTRONICALLY FILED - 2022 May 31 4:04 PM - JASPER - COMMON PLEAS - CASE#2022CP2700231

| | |
|---|---|
| STATE OF SOUTH CAROLINA ) | IN THE COURT OF COMMON PLEAS |
| ) | |
| COUNTY OF JASPER ) | Civil Action No. _____ |
| ) | |
| Matthew Madore and Mattie Madore, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | **Summons** |
| ) | |
| William C. Simmons; Federal Express ) | |
| Corporation; and Federal Express ) | |
| Freight Inc, ) | |
| Defendants. ) | |
| ) | |

TO:   DEFENDANT AND HIS COUNSEL

YOU ARE HEREBY SUMMONED and required to answer the Complaint herein, a copy of which is herewith served upon you, and to serve a copy of your Answer to said Complaint upon the subscriber, at 1544 Fording Island Rd, Suite A Hilton Head, South Carolina 29926 within thirty (30) days after the service hereof, exclusive of the day of service, and if you fail to answer the said Complaint within the time aforesaid, the Plaintiff will apply to the Court for the relief demanded in the Complaint, and judgment by default may be entered against you.

MORGAN &MORGAN

BY *s/ Lauren Carroway, Esq.*
  Lauren Heath Carroway
SC Bar Number 72588
1544 Fording Island Road, Suite A
Hilton Head, South Carolina
(854) 222-6075

*Attorneys for Plaintiff*

ELECTRONICALLY FILED - 2022 May 31 4:04 PM - JASPER - COMMON PLEAS - CASE#2022CP2700231

| | |
|---|---|
| STATE OF SOUTH CAROLINA ) | IN THE COURT OF COMMON PLEAS |
| ) | |
| COUNTY OF JASPER ) | Civil Action No. _____ |
| ) | |
| Matthew Madore and Mattie Madore, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | **Complaint** |
| ) | |
| William C. Simmons; Federal Express ) | |
| Corporation; and Federal Express ) | |
| Freight Inc. ) | |
| Defendants. ) | |
| ) | |

NOW COMES Matthew Madore and Mattie Madore, Plaintiffs in the above-captioned action, and submits their Complaint against the Defendants as follows:

<u>Identity of Parties and Jurisdictional Allegations</u>

1. Matthew Madore is a citizen and resident of Venice, Florida. Plaintiff subjects himself to the jurisdiction of this Court by filing the present lawsuit.

2. Mattie Madore is a citizen and resident of Venice, Florida. Plaintiff subjects himself to the jurisdiction of this Court by filing the present lawsuit.

3. Upon information and belief, the Defendant William C Simmons is a resident of Savannah, Georgia who regularly travels to Jasper County, South Carolina for work.

4. Upon information and belief, the Defendants Federal Express Corporation and Federal Express Freight Inc. (hereinafter "FedEx entities") are corporations organized and existing under the laws of some state(s) other than South Carolina but each of which regularly and routinely transacts business, performs contracts, and operates within Jasper County, South Carolina.

ELECTRONICALLY FILED - 2022 May 31 4:04 PM - JASPER - COMMON PLEAS - CASE#2022CP2700231

5. This is an action for negligence, negligence per se, and gross negligence regarding a motor vehicle accident which occurred in Jasper County.

6. This Court has jurisdiction over the parties and subject matter of this action.

### Facts Common to All Counts

7. All preceding allegations are realleged as if fully repeated verbatim herein.

8. On or about November 12, 2021 at about 7:32 p.m., Matthew Madore was driving South on I-95 in Jasper County, South Carolina.

9. Maddie Madore was a passenger in the car driven by Matthew Madore.

10. At the same time and place, Defendant Simmons caused his vehicle to strike Matthew Madore's vehicle, resulting in bodily injuries to Matthew Madore and Mattie Madore.

### FOR A FIRST CAUSE OF ACTION
(Negligence/Negligence Per Se/Gross Negligence as to Defendant Simmons)

8. All preceding allegations are realleged as if fully repeated verbatim herein.

9. Defendant Simmons was negligent, willful, wanton, careless and grossly negligent at the time and place above-mentioned in one or more of the following particulars:

   a) In improperly changing lanes;

   b) In failing and omitting to keep a proper lookout while operating a motor vehicle under the circumstances then and there prevailing;

   c) In failing and neglecting to keep the vehicle under proper control or so to control the same as to have avoided the collision;

   d) In driving and operating said vehicle upon a public highway in the State of South Carolina without exercising the degree of care, caution and prudence in the operation of said vehicle that a person of ordinary care, caution or prudence would have exercised under the same or similar circumstances;

e)  In driving a vehicle with reckless disregard of life and property in violation of the S.C. Code of Laws 56-5-1900.

f)  In such other particulars that the evidence may establish.

10. The foregoing acts and omissions by the Defendant were the direct and proximate cause of Plaintiffs' injuries, resulting in Plaintiffs' conscious pain and suffering. Such said acts and omissions of the Defendant are in violation of the statutes and laws of the State of South Carolina.

11. As a direct and proximate result of Defendant's negligence, Plaintiff has sustained permanent injuries which have required medical treatment and related expenses, and Plaintiff has missed time at work resulting in lost wages.

12. Plaintiffs are informed and believe that they are entitled to judgment against the Defendant for actual damages and punitive damages as may be set by jury.

## FOR A SECOND CAUSE OF ACTION

### (Negligence as to Fed Ex Entities under Respondeat Superior)

13. The allegations of paragraphs 1-12 above are incorporated herein by reference as if each were fully restated verbatim.

14. On November 12, 2021, Defendant Simmons was employed by Defendant Fed Ex entities as a laborer and had at the time of the wreck, been given a job by Fed Ex entities and put on the road by Fed Ex entites, for the purpose of accomplishing Fed Ex entities' duties and generating income for Fed Ex Entites.

15. On November 12, 2021 at the time of the wreck, Defendant Simmons was operating his vehicle for the benefit of, and within the scope of his employment by, Defendant Fed Ex entities.

16. Under the established legal doctrine of respondeat superior, Defendant Fed Ex entities is liable for these acts of its employee, Simmons, who was acting within the scope of his employment at the time of the wreck.

**WHEREFORE,** Plaintiffs are informed and believe they are entitled to a judgment against the Defendants and pray for judgment against the Defendants in such amount to be determined by the trier of fact, together with punitive damages in an appropriate amount, the costs of this action and for such other and further relief as this court may deem proper.

MORGAN & MORGAN

By *s/ Lauren Carroway, Esq.*
Lauren Heath Carroway
SC Bar Number 72588
1544 Fording Island Road, Suite A
Hilton Head, South Carolina
(854) 222-6075

*Attorneys for Plaintiff*

## AFFIDAVIT OF SERVICE

**State of South Carolina**         **County of Jasper**         **Common Pleas Court**

Case Number: 2022-CP-27-00231

Plaintiff:
**Matthew Madore and Mattie Madore**
vs.
Defendant:
**William C. Simmons, et al.**

Received by FALCON EXPRESS SERVICES, LLC to be served on **William Simmons, 17 Flore Drive, Savannah, GA 31419**. I, __Bennett Crisp__, being duly sworn, depose and say that on the __6th__ day of __June__, 20__22__ at __6:35p__ .m., executed service by delivering a true copy of the **SUMMONS and COMPLAINT** in accordance with state statutes in the manner marked below:

(X) INDIVIDUAL SERVICE: Served the within-named person.

( ) SUBSTITUTE SERVICE: By serving _____ as _____, who resides therein and is of suitable age and discretion.

( ) NON SERVICE: For the reason detailed in the Comments below.

( ) OTHER SERVICE TYPE: Service details listed in Comments below.

Military Status: ( ) Yes or (X) No   If yes, what branch? _____

**COMMENTS:** _____

Age __45__  Sex (M) F  Race __White__  Height __5'11"__  Weight __220__  Hair __Gray__  Glasses Y (N)

Is the place of service the dwelling house or usual place of abode for the party being served? (X) Yes  ( ) No

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and Sworn to before me on the __14__ day of __June__, __2022__ by the affiant who is personally known to me.

_Judith P. Crisp_
NOTARY PUBLIC
My Commission Expires: _____

JUDITH P. CRISP
Notary Public, Georgia
Chatham County
My Commission Expires
December 21, 2024

PROCESS SERVER # __n/a__
Appointed in accordance with State Statutes

**FALCON EXPRESS SERVICES, LLC**
P.O. Box 874
Charleston, SC 29402-0874
(843) 577-9696

Our Job Serial Number: 2022003448

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.2b

ELECTRONICALLY FILED - 2022 Jun 14 10:28 AM - JASPER - COMMON PLEAS - CASE#2022CP2700231

## AFFIDAVIT OF SERVICE

**State of South Carolina**     **County of Jasper**     **Common Pleas Court**

Case Number: 2022-CP-27-00231

Plaintiff:
**Matthew Madore and Mattie Madore**
vs.
Defendant:
**William C. Simmons, et al.**

Received by FALCON EXPRESS SERVICES, LLC to be served on **Federal Express Corporation c/o CT Corporation System, Registered Agent, 2 Office Park Court, Suite 103, Columbia, SC 29223**. I, William Springer, being duly sworn, depose and say that on the 6 day of June, 2022 at 4:46 p.m., executed service by delivering a true copy of the **SUMMONS and COMPLAINT** in accordance with state statutes in the manner marked below:

(X) CORPORATE SERVICE: By serving Lisa Culler as Asst. Secretary.

( ) GOVERNMENT AGENCY: By serving _____ as _____
of the within named agency.

( ) NON SERVICE: For the reason detailed in the Comments below.

**COMMENTS:** _____

Age 61 Sex M Race White Height 5'6" Weight 180 Hair Blonde Glasses Y(N)

Is the place of service the dwelling house or usual place of abode for the party being served? ( ) Yes (X) No

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and Sworn to before me on the 6th day of June, 2022 by the affiant who is personally known to me.

*Dorothy Springer*
NOTARY PUBLIC
My Commission Expires: 8-1-2024

PROCESS SERVER # _____
Appointed in accordance with State Statutes

**FALCON EXPRESS SERVICES, LLC**
P.O. Box 874
Charleston, SC 29402-0874
(843) 577-9696

Our Job Serial Number: 2022003442

Dorothy Springer
Notary Public, State of South Carolina
My Commission Expires August 1, 2024

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.2b

ELECTRONICALLY FILED - 2022 Jun 14 10:27 AM - JASPER - COMMON PLEAS - CASE#2022CP2700231